**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEST GURALNICK, individually, and on behalf of all others similarly situated, | Civil Action No.: 1:26-cv-01832-JHR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE** |
| v. | |
| TOO LOST LLC, | |
| Defendant. | |
| TERRANCE ROBERTS, on behalf of himself and all others similarly situated, | Civil Action No.: 1:26-cv-02374-JHR |
| Plaintiff, | |
| v. | |
| TOO LOST LLC, | |
| Defendant. | |
| JUSTIN CRAIG and ERIC MARTINEZ, individually and on behalf of all others similarly situated, | Civil Action No.: 1:26-cv-02548-JHR |
| Plaintiffs, | |
| v. | |
| TOO LOST LLC, | |
| Defendant. | |

The Court, having considered the parties' filings, the relevant legal authorities and the arguments made, **GRANTS** Plaintiffs' Motion as follows:

1.    The actions *West Guralnick v. Too Lost LLC* (Southern District of New York, Case No. 1:26-cv-01832) ("*Guralnick*"); *Terrance Roberts v. Too Lost LLC* (Southern District of New York, Case No. 1:26-cv-02374); and *Justin Craig and Eric Martinez v. Too Lost LLC* (Southern District of New York, Case No. 1:26-cv-02548); shall be consolidated under the *Guralnick* case number, with all subsequent filings to be made in the *Guralnick* action;

2.    Plaintiffs shall have 30 days from the entry of this Order to file a superseding consolidated complaint;

3.    Defendant shall have 30 days after the filing of the superseding consolidated complaint to answer or otherwise respond. Defendant shall have no obligation to respond to any of the complaints in the three related cases that are pending and to be consolidated;

4.    If Defendant files a motion to dismiss the Plaintiffs' consolidated complaint, Plaintiffs shall have 21 days from the date the motion to dismiss is served upon them to file a response, and Defendant shall have 7 days from such response to file a reply.

5.    Should future complaints be filed that meet the requirements for consolidation under Rule 42(a), they will be consolidated with the *Guralnick* action.

**IT IS SO ORDERED.**

Dated: April 16, 2026
       New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully requested to terminate ECF 15.