UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEST GURALNICK, et. al.,

                    Plaintiff,

          -against-

TOO LOST LLC,

                    Defendant.

26-CV-01832 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's time to respond to the Complaint (ECF 26) is extended until **June 25, 2026.**

DATED:  May 28, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**