UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEST GURALNICK, et. al.,

Plaintiff,

-against-

TOO LOST LLC,

Defendant.

26-CV-01832 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Any application to stay discovery shall be filed by **July 31, 2026**, with any opposition due by **August 7, 2026**.

DATED: July 24, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**